UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 20123
   VIRGINIA LYNN MARTINELLI
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-2101
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/19/05 and confirmed on 08/04/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 20454.52 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 2872.35 | .00 | 2872.35 |
| CITIZENS BANK | SECURED | 9425.00 | 1124.91 | 9425.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9889.04 | .00 | 1568.13 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11486.16 | .00 | 1821.38 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| CITIZENS BANK | UNSECURED | 6303.93 | .00 | 999.63 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12297.35 | .00 | 27679.13 | .00 | 39976.48 |
| PRINCIPAL PAID | 12297.35 | .00 | 4389.14 | .00 | 16686.49 |
| INTEREST PAID | 1124.91 | .00 | .00 | .00 | 1124.91 |
| TOTAL PAID | 13422.26 | .00 | 4389.14 | .00 | 17811.40 |

The Debtor's attorney, KATHLEEN VAUGHT             , was allowed $  2700.00 and was paid $  1066.00  direct and $  1634.00  through the plan.

The Trustee received $    892.60 .

Refunds to the Debtor totaled $    116.52 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/13/09                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 05 B 20123 VIRGINIA LYNN MARTINELLI
```